This is to advise that on June 29, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-100

In action

Consol. Ct. No. 04-00522

Paul Muller Industrie GMBH & Co. et al.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Timken US Corporation,
(Defendant-Intervenor.)